Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED
RECEIVED
LODGED
COPY

FEB - 9 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

# UNITED STATES DISTRICT COURT
### for the
_____ District of _____
_____ Division

|  |  |
|---|---|
| Francis Saitta ) | Case No. CV-22-00064-TUC-RM |
| ) | *(to be filled in by the Clerk's Office)* |
| _____ ) | |
| *Plaintiff(s)* ) | Jury Trial: *(check one)* ☐ Yes ☑ No |
| *(Write the full name of each plaintiff who is filing this complaint.* ) | |
| *If the names of all the plaintiffs cannot fit in the space above,* ) | |
| *please write "see attached" in the space and attach an additional* ) | |
| *page with the full list of names.)* ) | |
| -v- ) | |
| ) | |
| State of Arizona and the University of Arizona ) | |
| ) | |
| _____ ) | |
| *Defendant(s)* ) | |
| *(Write the full name of each defendant who is being sued. If the* ) | |
| *names of all the defendants cannot fit in the space above, please* ) | |
| *write "see attached" in the space and attach an additional page* ) | |
| *with the full list of names.)* ) | |

## COMPLAINT FOR A CIVIL CASE

### I.      The Parties to This Complaint

#### A.      The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Francis Saitta |
| Street Address | 734 East 4th Street, Unit #3 |
| City and County | Tucson, Pima County |
| State and Zip Code | Arizona, 85719 |
| Telephone Number | 520-624-016 |
| E-mail Address | francissaitta@gmail.com |

#### B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | State of Arizona |
| Job or Title *(if known)* | Arizona Attorney General |
| Street Address | 2005 North Central Avenue |
| City and County | Phoenix, Mericopa |
| State and Zip Code | Arizona, 86004 |
| Telephone Number | 602-542-5024 |
| E-mail Address *(if known)* | john.stevens@azag.gov |

Defendant No. 2

| | |
|---|---|
| Name | Robert Robbins, President University of Arizona |
| Job or Title *(if known)* | President |
| Street Address | 1200 East University Blvd, Box 210021 |
| City and County | Tucson |
| State and Zip Code | Arizona, 85721 |
| Telephone Number | 520-621-5511 |
| E-mail Address *(if known)* | president@email.arizona.edu |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Controlled Substances Act (CSA) (21 U.S.C. § 812). U.S. Constitution: Article VI, Paragraph 2, Supremacy Clause:

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

a.     If the plaintiff is an individual

The plaintiff, *(name)*   Francis Saitta                              , is a citizen of the State of *(name)*   Arizona                              .

b.     If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

and has its principal place of business in the State of *(name)*

_____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

a.     If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of

*(foreign nation)* _____.

b.   If the defendant is a corporation

The defendant, *(name)*   State of Arizona/ University of Arizona   , is incorporated under

the laws of the State of *(name)*   , and has its

principal place of business in the State of *(name)*

Or is incorporated under the laws of *(foreign nation)*

and has its principal place of business in *(name)*

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.   The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Please see the Attached

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I respectfully request that Arizona Proposition 207, Marijuana Legalization Initiative (2020) is declared Null/Void as contrary to Federal Law, and both the State of Arizona and the University of Arizona are cited for their egregious violation of Federal Law!!

## V.        Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.        For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        5/8/2022

Signature of Plaintiff        Francis Stith

Printed Name of Plaintiff        FRANCIS Stittn

### B.        For Attorneys

Date of signing:        N A

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Untitled

Attachmnet: III Statement of Claim

I would like to bring to your attention an article published in the University of Arizona Student Newspaper: The Daily Wildcat: Cannabis on campus: What's the deal? Vic Verbalaitis Oct 26, 2021 :

"....Though the state of Arizona has effectively legalized marijuana, it is still federally illegal under the Controlled Substances Act, where it is classified as a Schedule I drug. According to the university's policy on illicit drugs, the University of Arizona is federally funded, and is therefore obligated to uphold the standards of the Controlled Substances Act.....The Daily Wildcat spoke with Rene Arriaga, a public information officer for the University of Arizona Police Department, about the UAPD response to cannabis possession calls on campus property...

Arriaga stated that though the university is federally funded, UAPD acts as state police, meaning that they enforce Arizona-state laws....If UAPD receives a call from a resident assistant in a campus residence hall about a student possessing or using marijuana, Arriaga said they will arrive on the scene to assess the situation....

If the student in possession of cannabis is under the age of 21, they will be charged with a petty offense and the Dean of Students will be notified. However, if the student is 21 or older and the amount that they possess is under the legal limit, UAPD simply advises them not to possess marijuana on campus property..."

The UAPD has ignored Federal Law in using it's own "interpretation" of the "Law" regarding Marijuana Use by University Students. The major consumers of this Dangerous Drug, for "recreational purposes' ', is the younger generation; destroying the very fabric/future of our Democracy.

We are a Nation of Laws!! Citizens (Voters) of Arizona do not have the authority to Void/Amend Federal Law. This is Anarchy!! This can be done by Congress or a Constitutional Amendment!! The approval of Proposition 207 is contrary to Federal Law. (Controlled Substances Act (CSA) (21 U.S.C. § 812). U.S. Constitution: Article VI, Paragraph 2, Supremacy Clause: "...This Constitution, and the Laws of the United States which shall be made in Pursuance thereof.....shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby...."

Oath of Office

"The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution; but no religious Test shall ever be required as a Qualification to any Office or public Trust under the United States." — U.S. Constitution, Article

Untitled

VI, clause 3

A violation of the Oath of Office for supporting the Use of Marijuana.