**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Francis Saitta, | No. CV-22-00064-TUC-RM |
| Plaintiff, | **ORDER** |
| v. | |
| State of Arizona, et al., | |
| Defendants. | |

On February 9, 2022, Plaintiff Francis Saitta filed a pro se Complaint (Doc. 1) and an Application for Leave to Proceed *In Forma Pauperis* ("Application") (Doc. 2). Plaintiff's Application indicates that Plaintiff's monthly income exceeds his monthly expenses by nearly $600 per month, he has no dependents, and he has nearly $60,000 in checking accounts. (Doc. 2.)

The Court may authorize the commencement of any lawsuit "without prepayment of fees or security therefor," if the plaintiff submits an affidavit, including a statement of all assets the plaintiff possesses, showing that the plaintiff "is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a)(1). The privilege of proceeding *in forma pauperis* should be granted if the plaintiff "cannot because of his poverty pay or give security for the costs . . . and still be able to provide himself and dependents with the necessities of life." *Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 203 (1993) (internal quotation marks omitted).

Here, Plaintiff's Application indicates that Plaintiff is able to pay the filing fees

and costs while still providing himself with the necessities of life.  His income exceeds his expenses, and he has significant funds in checking accounts.

Accordingly,

**IT IS ORDERED** that Plaintiff's Application to Proceed *in Forma Pauperis* (Doc. 2) is **denied**.  If Plaintiff wishes to proceed with this lawsuit, he must pay the filing and administrative fees within **thirty (30) days**.  If Plaintiff fails to pay the fees within thirty days, the Clerk of Court is directed to dismiss this case.

Dated this 23rd day of February, 2022.

_____
Honorable Rosemary Márquez
United States District Judge